GOLDSMITH & HULL        #92763
Attorney At Law
Carl N. Marschall
Attorney Bar #71823
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  A99-3563 |
| Plaintiff, ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ANTHONY L. WALKER AKA ANTHONY ) WALKER ) | |
| Defendant, ) | |

    In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

    IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from ANTHONY L. WALKER AKA ANTHONY WALKER the sum of $2,583.06 as principal, $1,018.03 as accrued pre-judgment interest, $14.99 for penalties/administrative charges, and $227.36 for court cost, plus $458.31 attorney fees, less credits of $0.00 for a total amount of $4,301.75 plus interest from August 28, 2000, at the rate of $.57 per day to date of entry of judgment.

    Judgment to accrue interest at the legal rate until paid.

DATE:                                    **SHERRI R. CARTER, CLERK COURT**
                                                       U.S. District Court Central
                                                       District of California

☑ Docketed
☑ Copies / NTC Sent
☑ JS - 5 / JS - 6
☐ JS - 2 / JS - 3          JENNY M. PHAN
☐ CLSD                      BY:_____
                            DEPUTY CLERK

[FILED stamp: JAN 11 2001, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA]

[ENTERED stamp: JAN 11 2001, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA]